KANE, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Hugh Kane against the Manhattan Railway Company. C. A. Gardener, for appellant. J. A. Weekes, for respondent. No opinion. Judgment modified by reducing the amount awarded for fee damage to $1,000, and the amount awarded for rental damage to $960, and by reducing the extra allowance accordingly, and as so modified affirmed, without costs to either party.

KAUFMAN et al., Respondents, v. CANARY et al., Appellants. (City Court of New York, General Term. May 29, 1897.) Action by Charles Kaufman and another against Thomas Canary and another. Joseph C. Rosenbaum, for appellants. David Gerber, for respondents. No opinion. Judgment and order appealed from affirmed, with costs.

KELLY v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by William Kelly against the mayor, etc., of city of New York. No opinion. Motion denied, with $10 costs. See 44 N. Y. Supp. 628.

KERNOCHAN, Plaintiff, v. MANHATTAN RY. CO., Defendant. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by J. Frederick Kernochan, as trustee under the last will and testament of Almy T. Hicks, deceased, against the Manhattan Railway Company. Julien T. Davies, for appellant. John M. Bowers, for respondent.

INGRAHAM, J. This case was tried with the case of Winthrop v. Railway Co. (decided herewith) 45 N. Y. Supp. 515, and presents precisely the same questions. For the reasons stated in the case of Winthrop v. Railway Co., the judgment appealed from in this case is affirmed, with costs.

KNOX, Respondent, v. ROWE, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by Edward M. Knox against Richard E. Rowe. No opinion. Order reversed, with $10 costs and disbursements to abide the event, and application remitted to the county court for rehearing and decision on the question of fact, either party to be at liberty to produce further proof.

KOBAYASHI, Respondent, v. KETCHAM, Appellant. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Bunshichi Kobayashi against William H. Ketcham. R. M. Sherman, for appellant. E. Van Schaick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KRATZENSTEIN v. LEHMAN. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Herman Kratzenstein against Charles Lehman. No opinion. Motion denied, with $10 costs. See 44 N. Y. Supp. 369.

KRAUSS, Respondent, v. BREIT et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by Martin Krauss against Max Breit and others. No opinion. Motion denied.

LANGSTON, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by William Langston against Joseph W. Hamilton. No opinion. Judgment and order affirmed, with costs.

LEAVITT v. SANGER. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by Michael B. Leavitt against Frank W. Sanger. No opinion. Motion granted, with $10 costs.

LEDWITH, Respondent, v. CLAFFEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Vincent Ledwith, by Mary Ledwith, his guardian ad litem, against Anne Claffey. No opinion. Motion denied, with $10 costs. See 45 N. Y. Supp. 612.

LEMIEN v. LEMIEN. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Louisa Lemien against Fredericka Lemien. Motion for restitution. D. McMahon, for the motion. Mr. Foster, opposed.

PER CURIAM. We do not see how we can order a restitution of the premises in question, as possession does not seem to have been obtained by virtue of any judgment entered in this action. The payment of the costs was not voluntary, and such costs are the proper subject of restitution. The motion should be granted as to the costs, with $10 costs of motion.

LIEBINGER & OEHM BREWING CO., Respondent, v. ERNST, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by the Liebinger & Oehm Brewing Company against Frederick H. Ernst. No opinion. Motion denied, with $10 costs. See 42 N. Y. Supp. 387.

LOADER, Respondent, v. LOADER, Appellant. (Supreme Court. Appellate Division, Second Department. April 26, 1897.) Action by Annie E. Loader against Joseph Loader. No opinion. Order modified by reducing the counsel fee to $150, and, as so modified, affirmed, without costs.

LOWENTHAL, Appellant, v. LEONARD, Respondent. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Marie Lowenthal against Alfred D. Leonard. Herbert Reeves, for appellant. Philo P. Safford, for respondent. No opinion. Order vacating attachment affirmed, with $10 costs and disbursements. See 45 N. Y. Supp. 1031.

McCABE v. CORNELL. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by John McCabe against John M. Cornell. No opinion. Motion granted, with $10 costs.